UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENSION FUND; ET AL

PLAINTIFF(S)

vs.

GOULD EXCAVATING AND TRUCKING, INC.

DEFENDANT(S)

Case No.
**08 CV 1644**

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 28, 2008**, at **3:17 PM**, I served the above described documents upon **GOULD EXCAVATING AND TRUCKING, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **GREG GOULD / MANAGING AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **2000 E. CASS ST., JOLIET, IL 60432**.

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **35**  Hgt: **6'0"**  Wgt: **195**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 31st day of March, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
37547